IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| TRUMAN LEE KETCHMARK, | ) | Misc. No. 13-00059 SOM/KSC |
| | ) | |
| Plaintiff, | ) | ORDER DENYING REQUEST TO FILE |
| | ) | COMPLAINT LODGED APRIL 4, |
| vs. | ) | 2013, PURSUANT TO PREFILING |
| | ) | REVIEW ORDER OF FEBRUARY 24, |
| BARACK OBAMA, et al., | ) | 2011, IN CIVIL NO. 10-00725 |
| | ) | DEA/LK |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

**ORDER DENYING REQUEST TO FILE COMPLAINT LODGED APRIL 4, 2013,
PURSUANT TO PREFILING REVIEW ORDER
OF FEBRUARY 24, 2011, IN CIVIL NO. 10-00725 DEA/LK**

On February 24, 2011, District Judge David Alan Ezra issued a pre-filing review order regarding any proposed Complaint by Truman Lee Ketchmark. On April 4, 2013, Ketchmark filed a document titled, "COMPLAINT FOR DAMAGES." Although this document names as Defendants Barack Obama, Neil Abercrombie, Kirk Caldwell, all tobacco companies, Tulsi Gabbard, Colleen Hanabusa, Mazie Hirono, and Brian Schatz, it is not clear why these Defendants are being sued. Ketchmark's "Complaint" is incomprehensible and does not clearly identify why any Defendant is being sued. The "Complaint" therefore fails to state any claim upon which relief can be granted. Pursuant to Judge Ezra's prefiling order, the court determines that the "Complaint" of April 4, 2013, does not merit further review and will not be litigated. The Clerk of Court is ordered to retain Ketchmark's "Complaint" in the court's files as Misc. No. 13-00059 SOM/KSC.

If Ketchmark is able to file a nonfrivolous Complaint that states claims upon which relief can be granted, he may submit that Complaint to this court pursuant to the prefiling review order.

To the extent Ketchmark desires to appeal any previous order, he shall file an appropriate document in the case being appealed.

To the extent Ketchmark may be asking the court to lift the prefiling order, he has failed to provide the court with any argument supporting such a request.  The court declines to lift the prefiling order under the present circumstances.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, April 8, 2013.



/s/ Susan Oki Mollway
Susan Oki Mollway
Chief United States District Judge

Ketchmark v. Obama, Misc. No. 13-00059 SOM/KSC; ORDER DENYING REQUEST TO FILE COMPLAINT LODGED APRIL 4, 2013, PURSUANT TO PREFILING REVIEW ORDER OF FEBRUARY 24, 2011, IN CIVIL NO. 10-00725 DEA/LK